UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:  
   Bobby Joseph Musko  
          Debtor.  
_____/

Case No.: 22-47148  
Chapter 13  
Hon. Thomas J. Tucker

## PAYMENT ORDER

The above named Debtors having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor pursuant to L.B.R. 1007-1(g)(E.D.M.);

**IT IS HEREBY ORDERED** that:     Consumers Energy  
   1 Energy Plaza Drive  
   Jackson, MI 49201

immediately forward and make payable to:     Tammy L. Terry  
   Chapter 13 Trustee - TLT  
   P.O. Box 2039  
   Memphis, TN 38101

**$135.00 weekly** (pay period) of the Debtor's future gross income until further Order of this Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor's income except for an Order for Child Support, alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on September 23, 2022**



/s/ Thomas J. Tucker  
Thomas J. Tucker  
United States Bankruptcy Judge