**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| Bobby Joseph Musko | **CASE NO: 22-47148** |
| | **JUDGE THOMAS J. TUCKER** |
| **Debtor** | |

_____/

## <u>DEBTOR'S CHAPTER 13 CONFIRMATION HEARING CERTIFICATE</u>
[To be completed fully; otherwise the case will be dismissed
per paragraph 3 of the Chapter 13 Case Management Order]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:
- Amend the Bankruptcy Petition Coversheet – Amended
- Amend Plan to disclose information on 2020 Toyota Camry – Amended
- Documentation that evidences that all Domestic Support Obligations were paid since filing the Petition
- Amend Plan for treatment of Sabrina Musko – Amended
- Feasibility
- Provide a copy of the Divorce decree
- Provide a specific date for when the 401k loan will be paid in full.
- Provide three post-petition pay stubs – Provided 1-26-23
- Amend statement of financial affairs - Amended
- Provide documentation to support domestic support obligation in the amount of $1,903.20 per month
- Provide proof of transportation and rental/homeowner expenses
- Amend schedule A to disclose interest in 5211 Bull Run Road, Gregory Michigan 48137 property

    Creditor # 1: Sabrina A. Musko
    Objections:
- Amend Sabrina A. Musko's address on the Creditor Matrix
- Domestic Support obligations not listed on Petition and Schedules
- Income understated on Schedule I – Amended
- Schedule J expenses overstated – Amended
- Attorney fees listed in the divorce action not listed on Schedule F
- Statement of Financial Affairs fails to list insurance policy - Amended
- Statement of Financial Affairs incorrectly values 2003 Chevrolet Silverado
- Assets unlisted

    Issues:

Creditor # 2: Wells Fargo Bank, N.A.,
Objections:
- Treatment


3. __X__ Request an adjournment of the confirmation hearing to <u>March 23, 2023</u>, due to the following good cause: To allow timely service of the Amended Chapter 13 Plan.

4. ___ Dismiss the case.  [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7.  [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7.  [The case will remain on the docket and parties will have an opportunity to be heard.]


Date: __February 9, 2023__                                  /s/ David W. Brown
                                                            David W. Brown P58113
                                                            Attorney for Debtor
                                                            1820 N. Lapeer Road, Ste 2
                                                            Lapeer   MI   48446
                                                            (810) 245-6082
                                                            davidbrownlaw@live.com